# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK LAVELL WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) 2:10-CV-231-VEH-PWG |
| | ) |
| **STATE OF WYOMING, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

The magistrate judge filed a report and recommendation on February 2, 2010, recommending that this action be transferred to the United States District Court for the District of Wyoming. No response had been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the District of Wyoming for further proceedings.

**DONE** this the 1st day of March, 2010.

                                                                       *[signature]*
                                                                       **VIRGINIA EMERSON HOPKINS**
                                                                       United States District Judge